| Form 668 (Z) (Rev. 10-2000) | 4811 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** |
|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #15 Lien Unit Phone: (800) 913-6050 | Serial Number 236807505 | For Use by Recording Office MC 07-00039 |
|---|---|---|

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on ___XXXXXXXX XX___ ___XX___, is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer
CEPEDA R BENAVENTE

Residence PO BOX 501823
SAIPAN, MP 96950-1823

FILED
Clerk
District Court

JUL 20 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | ███████ | 12/27/2004 | 01/26/2015 | 8246.69 |

Place of Filing
US DISTRICT COURT OF CNMI
PO BOX 500687
Saipan, MP 96950

Total $ 8246.69

This notice was prepared and signed at ___INTERNATIONAL, PR___, on this, the ___04th___ day of ___July___, 2007.

Signature  R. A. Mitchell

Title  Director, Campus Compliance Operations

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE

Form 668 (Z) (Rev. 10-2000)
CAT. NO 600261